**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOSHUA RYAN SERIER,<br><br>              Plaintiff,<br>     v.<br><br>STATE OF NEVADA, et al.,<br><br>              Defendants. | Case No. 3:25-CV-00761-ART-CLB<br><br>**ORDER** |

On December 29, 2025, Joshua Ryan Serier, a pro se inmate in the custody of the Lyon County Detention Center, submitted a complaint under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1, 1-1.) Although Plaintiff filed a financial certificate and inmate trust account statement for the previous six-month period (ECF No. 1 at 3–5), the IFP application is not signed. The Court will grant Plaintiff until **February 4, 2026**, to either pay the filing fee or submit a signed IFP application.

Accordingly, **IT IS ORDERED** that Plaintiff has until **February 4, 2026**, to either pay the full $405 filing fee or file an IFP application, with the inmate's two signatures on page 3.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete IFP application or pay the required filing fee.

The Clerk of Court is directed to send Plaintiff the approved IFP application for an inmate with instructions.

**IT IS SO ORDERED.**

**DATED**: January 5, 2026

_____
**UNITED STATES MAGISTRATE JUDGE**